STATE of Missouri, Respondent,

v.

**John MURPHY, Appellant.**

**No. 49781.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Dec. 17, 1985.

Motion for Rehearing and/or Transfer
Denied Jan. 28, 1986.

Application to Transfer Denied
March 25, 1986.

John Putzell, Office of Public Defender, St. Louis, for appellant.

George A. Peach, Circuit Atty., and Dwight A. Warren, Asst. Circuit Atty., St. Louis, for respondent.

**ORDER**

PER CURIAM:

Direct appeal from jury conviction for the offense of sexual misconduct, in violation of § 566.060, RSMo Supp.1980.

Judgment affirmed. Rule 30.25(b).